```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 03 B 50072
   ANTHONY VITO CATINO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5943

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/12/2003 and was confirmed 02/19/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.87% from remaining funds.

      The case was paid in full 09/10/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                 PAID             PAID
------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED              7873.01           .00          1013.02
ROUNDUP FUNDING LLC        UNSECURED             20581.82           .00          2648.26
ECAST SETTLEMENT CORP      UNSECURED             10538.95           .00          1356.05
DISCOVER FINANCIAL SERVI   UNSECURED             12233.04           .00          1574.03
ECAST SETTLEMENT CORP      UNSECURED             11477.46           .00          1476.80
GM CARD                    UNSECURED           NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED              7811.54           .00          1005.11
ECAST SETTLEMENT CORP      UNSECURED             29374.82           .00          3779.66
US BANK/ELAN/RETAIL PAYM   UNSECURED             11414.78           .00          1468.74
WASHINGTON MUTUAL          UNSECURED           NOT FILED            .00              .00
CITI CARDS                 UNSECURED                51.43           .00             6.62
GENERAL MOTORS ACCEPTANC   SECURED NOT I        14540.60            .00              .00
FIRST NORTH AMERICAN NAT   UNSECURED OTH           29.00            .00             4.08
CITIFINANCIAL              FILED LATE            3875.00            .00              .00
GENERAL MOTORS ACCEPTANC   UNSECURED           NOT FILED            .00              .00
FIRST NORTH AMERICAN NAT   SECURED NOT I           99.73            .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY         2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                                967.63
DEBTOR REFUND              REFUND                                                  19.68

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                18,019.68

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                 14,332.37
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         967.63
DEBTOR REFUND                                 19.68
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 03 B 50072 ANTHONY VITO CATINO

```
                             ---------------    ---------------
TOTALS                           18,019.68         18,019.68
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/27/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE